IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TONYA M. STANLEY, )
)
        Plaintiff, )
)
v. ) 1:22-CV-540
)
CHAPEL HILL CARRBORO CITY )
SCHOOLS, )
)
        Defendant. )

## ORDER AND JUDGMENT

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and the Clerk served the recommendation on the plaintiff. No objections were filed. After consideration of the record, the Court hereby adopts the Magistrate Judge's Recommendation.

It is **ORDERED AND ADJUDGED** that this action is dismissed without prejudice based on the plaintiff's failure to sign the complaint, failure to comply with the Court's September 30, 2022, Order, and failure to prosecute under Rule 41.

This the 12th day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE